IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DWANA M. THOMPSON )
) No. 3-07-0863
v. )
)
AIM HEALTHCARE SERVICES, )
INC. and SCOTT INGRAM )

O R D E R

By order entered December 18, 2007 (Docket Entry No. 21), this case was referred to the Magistrate Judge to conduct a settlement conference.

Pursuant to the order entered December 18, 2007 (Docket Entry No. 22), a settlement conference was scheduled on February 8, 2008, and rescheduled, as reflected in the order entered February 25, 2008 (Docket Entry No. 24), on March 20, 2008, at the conclusion of which the parties were able to reach a settlement.

By April 10, 2008, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file to the Honorable William J. Haynes, Jr. for his consideration of the parties' agreed order of dismissal to be filed no later than April 10, 2008.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge